757

and *John W. Griggs,* Deputy Attorney General, for respondents.

No. 102. SOUTHERN PACIFIC CO. *v.* UNITED STATES. Certiorari denied. *Lawrence Cake* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Ford, Paul A. Sweeney* and *Oscar H. Davis* for the United States.

No. 103. CONN ET AL. *v.* UNITED STATES. Certiorari denied. *Frederick Schwertner* for petitioners. *Acting Solicitor General Washington, Assistant Attorney General Ford* and *Samuel D. Slade* for the United States.

No. 106. UNION PAVING CO. *v.* UNITED STATES. Certiorari denied. *Walter Biddle Saul* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Ford* and *Samuel D. Slade* for the United States.

No. 107. SEVEN-UP BOTTLING CO. OF LOS ANGELES, INC. *v.* UNITED STATES. Certiorari denied. *Roger Robb* and *Burr Tracy Ansell* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Ford* and *Samuel D. Slade* for the United States.

